**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANA NUNEZ, | ) | NO. CV 09-1940-AHM(E) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
| Defendant. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that this matter is remanded to the Commissioner of Social Security Administration for further administrative proceedings.

DATED: September 25, 2009

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**